UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No.: 4:20-CR-103-D

| UNITED STATES OF AMERICA | ) |
| --- | --- |
|  | ) |
| v. | ) |
|  | ) |
| HILDARES KINKESHA | ) |
| PARKER-GREENE | ) |
| a/k/a "Keisha Greene" | ) |
| a/k/a "Kesha Greene" | ) |

## ORDER PERMITTING DISCLOSURE OF TAX RETURN INFORMATION

Upon motion of the government requesting an order authorizing the disclosure of tax return information, it is hereby

ORDERED that the government may disclose to Defendant Hildares Kinkesha Parker-Greene federal tax returns and return information necessary to comply with its discovery obligations in this case.

SO ORDERED this **28** day of December, 2020.

Honorable James C. Dever III
United States District Judge

1